IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY EUGENE CONARD,<br><br>Defendant. | CR 20–22–M–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Final Order of Forfeiture. (Doc. 56.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 811(a)(11) and 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on December 28, 2020. (Doc. 43.)

3. All known interested parties were provided an opportunity to respond and publication has been effectuated as required by 21 U.S.C. § 853(n)(1). (Doc. 55.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), and 811(a)(11) and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 56) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), and 811(a)(11) and 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger Security-9 Pistol, Cal. 9, SN 381-50820
- Llama (Gabilondo & CIA) Unknown Pistol, Cal. 9, SN B53043
- Glock GMBH 21 Pistol, Cal. 45, SN KDG883
- Savage A17 Rifle, Cal. 17, SN K492919
- Ruger 10/22 Rifle, Cal. 22, SN 243-23325
- Savage 22/410 Shotgun, Cal. unknown, SN unknown
- Mossberg MVP Rifle, Cal. 556, SN MVP059356

IT IS FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of February, 2021.

_____
Dana L. Christensen, District Judge
United States District Court